UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CELESTE PRETENDS EAGLE, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR/PERSONAL REPRESENTATIVE OF THE ESTATE OF JAYLENE PRETENDS EAGLE AND W.R.E., JR; ANNIE RED ELK, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR/PERSONAL REPRESENTATIVE OF THE ESTATE OF WAYLON RED ELK, SR.; ESTATE OF JAYLENE PRETENDS EAGLE, ESTATE OF W.R.E., JR., ESTATE OF WAYLON RED ELK, SR., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 5:22-CV-05083-RAL <br><br><br> ORDER SETTING HEARING |

After consultation with the parties, it is

ORDERED that a hearing is set in this case on September 6, 2023 at 10:30 AM MT at the Federal Courthouse in Rapid City, SD. Counsel may appear in person or by video.

DATED this 8th day of August, 2023.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE